# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 20, 2026

Lyle W. Cayce
Clerk

No. 24-30413

THREE FIFTY MARKETS, *Limited*,

*Plaintiff—Appellee*,

*versus*

ARGOS M M/V, HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, ETC., *in rem*; ARGOS BULKERS, INCORPORATED, *as owner and claimant of the M/V Argos M*,

*Defendants—Appellants*,

_____

PMG HOLDING SRL

*Plaintiff*,

*versus*

ARGOS M M/V, HER ENGINES, TACKLE, EQUIPMENT, APPURTENANCES, ETC., *in rem*,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-595
USDC No. 2:23-CV-623

_____

No. 24-30413

## ON PETITION FOR REHEARING
## AND REHEARING EN BANC

Before OLDHAM and DOUGLAS, *Circuit Judges*.[*]

PER CURIAM:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P.40 and 5TH CIR. R.40), the petition for rehearing en banc is DENIED.

---

[*] JUDGE DENNIS was a member of the panel that heard this case but took inactive status after the case was decided. This matter is decided by a quorum under 28 U.S.C. § 46(d).

2